IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2599-JLK**

**DREUX BENNE and**
**GRACIELLA BENNE,**

     Plaintiff,

v.

**MAYFLOWER TRANSIT, LLC, and**
**ARROW MOVING AND STORAGE,**

     Defendant.

---

**ORDER SETTING SCHEDULING CONFERENCE**

---

Kane, J.

Plaintiffs Dreux and Graciella Benne filed this action on December 1, 2006 in the Small Claims Court of El Paso County to recover $4,650.00 in damages and $2,000.00 in weight overcharges from Defendants Mayflower Transit LLC and Arrow Moving and Storage. On December 28, Defendants filed notice removing this action to federal court. The basis for removal is the existence of the $2,000 weight overcharge claim which, Defendants argue, seeks a refund for a federally enacted tariff charge and thereby arises under the laws of the United States, making the action subject to removal to federal court.[1]

---

[1] In the absence of the weight overcharge claim, this action would not be removable to federal court because it falls within the special rule of 28 U.S.C. § 1445(b), which prohibits removal of a state court action against a carrier to recover damages for delay, loss or injury of shipments unless the amount in controversy exceeds $10,000.

Defendants have succeeded in turning this matter, which is the essence of a small claims action, into a federal case.  It will, therefore, proceed in accordance with the Federal Rules of Civil Procedure, the local rules of this court and my pretrial and trial procedures as set forth in the enclosed Memorandum.  Counsel and pro se litigants shall read and strictly adhere to all instructions in the Memorandum unless I order otherwise.  Given the nature of this case, I may modify these instructions and procedures as appropriate as the case proceeds.  One such modification is that I intend to hold proceedings in this matter in Colorado Springs, the domicile of the Plaintiffs.

I therefore order the parties to appear before me for a scheduling conference in Colorado Springs **at 2:00 p.m. on February 27, 2007**.  The conference will be held **in the United States Courthouse, 212 North Wahsatch Avenue, Colorado Springs, CO 80903.**  The parties shall submit a Stipulated Scheduling and Discovery Order on or before **February 21, 2007** in the format of the Proposed Order that is included in the attached Memorandum re: Pretrial and Trial Procedures.  Pursuant to Section II of the Memorandum and Rule 26(f) of the Federal Rules of Civil Procedure, the parties shall meet no later than **February 1, 2007** to address the matters set out in Rule 26(f), and shall exchange the disclosures required by Rule 26(a) at or within 14 days of their February 1, 2007 meeting.

IT IS SO ORDERED this 19th day of January, 2007.

        s/John L. Kane  
        John L. Kane, Senior District Judge  
        United States District Court