IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2599-JLK**

**DREUX BENNE and
GRACIELA BENNE,**

      Plaintiff,

v.

**MAYFLOWER TRANSIT, LLC, and
ARROW MOVING AND STORAGE,**

      Defendant.

## ORDER REMANDING TO SMALL CLAIMS COURT

Kane, J.

This matter is before me on Plaintiffs' Request to Remand Case Back to Small Claims Court, filed February 13, 2007. In the Request, *pro se* Plaintiffs Dreux and Graciela Benne move for leave to amend their complaint to delete the claim of weight overcharge, which gave rise to federal jurisdiction in this case, *see* Order dated January 19, 2007, and to remand the case to the state forum from which it was removed, the Small Claims Court of El Paso County. Plaintiffs report they have consulted with counsel for Defendant Mayflower Moving and Storage, which removed this case from the Small Claims Court, and that Defendant Mayflower does not oppose these requests. Plaintiffs also request that I dismiss defendant Arrow Moving and Storage from this action.

Having carefully considered Plaintiffs' Request, Defendant Mayflower's lack of opposition and all applicable legal authorities, and being fully advised in the premises, I GRANT Plaintiffs' requests as follows:

1. Plaintiffs' request for leave to amend their complaint to delete the claim for $2,000 in weight overcharges is GRANTED. This claim is DISMISSED. Plaintiffs' three other claims, for Damages to Items Transported, Loss of Rents and Delay Expenses, remain;

2. Plaintiffs' request to dismiss Defendant Arrow Moving and Storage is GRANTED. Defendant Arrow Moving and Storage is DISMISSED without prejudice; and

3. This case is REMANDED to the Small Claims Court of El Paso County.

IT IS SO ORDERED this 13th day of February, 2007.

                                                s/John L. Kane  
                                                John L. Kane, Senior District Judge  
                                                United States District Court